UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1996
_____

ERICK ZANETICH, on behalf of himself and those similarly situated,
Appellant

v.

WAL-MART STORES EAST, INC., doing business as Walmart Inc.;
SAM'S EAST INC., doing business as Sam's Club Fulfillment Center

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1:22-cv-05387)
District Judge: Honorable Christine P. O'Hearn

_____

Argued: March 6, 2024

Before:   JORDAN, PHIPPS, and FREEMAN, *Circuit Judges*

_____

JUDGMENT
_____

    This case came to be considered on the record from the United States District Court for the District of New Jersey and was argued on March 6, 2024.  On consideration whereof,

      It is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on May 25, 2023, is AFFIRMED.  Costs shall be taxed in this matter against Appellant.  All of the above in accordance with the Opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: December 9, 2024

**Certified as a true copy and issued in lieu of a formal mandate on** January 21, 2025

**Teste:**
**Clerk, U.S. Court of Appeals for the Third Circuit**